**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

JOHN ASHLEY RODRIGUES                                                  PLAINTIFF

V.                                      CASE NO. 5:25-CV-5229

DEXTER PAYNE, Director,
Arkansas Division of Correction                                        DEFENDANT

<u>ORDER</u>

Comes on for consideration the Report and Recommendation (Doc. 11) filed in this case on April 30, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, **IT IS ORDERED** that that Petitioner's § 2254 Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. Further, Petitioner is advised that the Court does not intend to issue a certificate of appealability—for the reasons stated in the Report and Recommendation—if requested in the future.

**IT IS SO ORDERED** on this 19th day of May, 2026.


                                        /s/ Timothy L. Brooks
                                        TIMOTHY L. BROOKS
                                        CHIEF UNITED STATES DISTRICT JUDGE